UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE KENDRIX,

                Petitioner,

v.                                                                                    CASE NO. 2:07-CV-13088
                                                                                      HONORABLE VICTORIA A. ROBERTS

UNITED STATES,

                Respondent.
_____/

## ORDER OF DISMISSAL

Petitioner Theodore Kendrix  has filed a *pro se* application for the writ of habeas corpus

under 28 U.S.C. § 2241.  The habeas petition alleges that Petitioner was convicted earlier this

year of possessing marijuana in violation of 21 U.S.C. § 822.  Petitioner alleges that he was

sentenced to one year of supervised release.[1]  The sole ground for relief is that the District Court

violated Petitioner's right to due process when it denied Petitioner's motion to dismiss the

indictment for lack of subject matter jurisdiction.

The habeas petition is, in essence, an attack on Petitioner's federal conviction and

sentence.  "Typically, a federal prisoner may file a § 2241 petition contesting the legality of his

detention only if his claim is such that he cannot obtain effective relief on direct appeal or

through a § 2255 motion."  *Garcia-Echaverria v. United States*, 376 F.3d 507, 510 (6th Cir.

---

[1]  The docket for Petitioner's criminal case indicates that Petitioner was sentenced on
March 30, 2007, to one day, time served, followed by one year of supervised release.  Petitioner
subsequently violated the terms of supervised release and was sentenced on June 14, 2007, to
seven months in custody.  *See United States v. Kendrix*, No. 2:06-cr-20482-1 (E.D. Mich.).
Petitioner currently is incarcerated at the Federal Detention Center in Milan, Michigan.

2004).  Petitioner has not appealed his conviction, nor shown that a motion under 28 U.S.C. §

2255 "is inadequate or ineffective to test the legality of his detention."  28 U.S.C. § 2255 ¶ 5.

Therefore, his challenge to the District Court's subject matter jurisdiction in his criminal case is

not cognizable under § 2241.  The habeas petition [dkt. #1, July 23, 2007] is **SUMMARILY**

**DISMISSED** pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases in the

United States District Court.


                                                S/Victoria A. Roberts_____
                                                Victoria A. Roberts
                                                United States District Judge


Dated:  July 31, 2007

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on July 31, 2007.<br><br>s/Carol A. Pinegar_____<br>Deputy Clerk |